**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:15-CV-520-GCM**

| | | |
|---|---|---|
| **ERIN KEENA, and all others** | ) | |
| **similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GROUPON, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

 

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Daniel Chappell Flint** filed on October 29, 2015 [doc. # 2].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Flint is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Erin Keena.

**IT IS SO ORDERED.**

Signed: November 2, 2015

Graham C. Mullen
United States District Judge