UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

ERIN KEENA.,
for herself and all others similarly situated,

                    Plaintiff,

v.

GROUPON, INC.
a Delaware Corporation,

                    Defendants.

Case No. 3:15-cv-00520-GCM
Hon. Judge Graham C. Mullen

_____/

| **LAW OFFICES OF DANIEL C. FLINT, P.C.** | **BELL, DAVIS & PITT, P.A.** |
|---|---|
| Daniel C. Flint (P73983) | Michael D. Phillips (31730) |
| Lead Counsel for Plaintiff | Jason B. James (27910) |
| 2000 Town Center, Suite 1900 | Joshua B. Durham (25414) |
| Southfield, MI 48075 | Attorneys for Defendant |
| (248) 918-1969 | 227 W. Trade Street, Suite 2160 |
| info@flint-law.com | Charlotte, NC 28202 |
|  | (704) 227-0400 |

**LAW OFFICE OF DANIEL KRAVIEC, P.L.L.C.**
Daniel Kraviec (44537)
Co-Counsel for Plaintiff
401 N Tryon St, 10th Fl
Charlotte, NC 28202
(704) 998-2550

_____/

## STIPULATED ORDER TO FILE FIRST-AMENDED COMPLAINT AND FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Erin Keena and Defendant Groupon, Inc. hereby stipulate and agree that Groupon consents to Plaintiff filing her First Amended Complaint. Groupon reserves, and does not waive, all rights, claims, and defenses with respect to the First Amended Complaint. Plaintiff and Defendant further stipulate and agree

that Defendant's response to the First Amended Complaint shall be due 28 days after the filing of the First Amended Complaint.

Upon the stipulation of the parties hereto,

IT IS HEREBY ORDERED that Plaintiff may file her First Amended Complaint. It is further ordered that Defendant shall serve its response to Plaintiff's First Amended Complaint within 28 days after service of the same.

Signed: March 10, 2016

Graham C. Mullen
United States District Judge

SO STIPULATED:

| LAW OFFICES OF DANIEL C. FLINT, P.C. | BELL, DAVIS, & PITT, P.A. |
|---|---|
| By: */s/Daniel C. Flint* | By:*/s/Jason B. James (w/consent)* |
| Daniel C. Flint (P73983) | Jason B. James (27910) |
| Attorneys for Plaintiff | Attorneys for Groupon |
| 2000 Town Center, Suite 1900 | 227 W. Trade Street, Suite 2160 |
| Southfield, MI 48075 | Charlotte, NC 28202 |
| (248) 918-1969 | (704) 227-0400 |
| Date: 3/10/2016 | Date: 3/10/2016 |